UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

SHANYA RAINEY, *et al.*,

    Plaintiffs,

vs.

JEFF PATTON, *et al.*,

    Defendants.

Case No. 1:11cv327

Magistrate Judge Bowman

## JUDGMENT IN A CIVIL CASE

    Jury Verdict.    This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X**    Decision by Court.  A decision has been rendered.

**Defendants' Motion for Summary Judgment is GRANTED by order of the Court entered June 1, 2012. This case is Dismissed and Terminated on the docket of this Court.**

CLERK OF COURTS

By: s/ Jan Lahley
       Deputy Clerk